No. P68/29.—Plus Computing Machines, Inc. *v.* United States, protest 67/21562 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of key driven calculating machines and metal parts dedicated for use therewith similar in all material respects, except for having in addition an electric motor as an essential feature, to those the subject of *Plus Computing*

*Machines, Inc.* v. *United States* (44 CCPA 160, C.A.D. 655), the claim of the plaintiff was sustained.